UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOE H. ANGUS,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        No.:  1:16-CV-377-TAV-SKL
                                       )
TENNESSEE DEPARTMENT OF                )
CORRECTIONS, DERRICK SCHOFIELD,        )
JASON WOODALL, PATRICK SPECK,          )
KATHY HARGIS, TOM APPLEGATE,           )
KATY CAMPBELL, PATRICIA ALDRIDGE,      )
JOHN DOE, and JANE DOE,                )
                                       )
        Defendants.                    )

## ORDER

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's

civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**

based on Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**


                                s/ Thomas A. Varlan
                                CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

    s/ John L. Medearis
    CLERK OF COURT